UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYON JONES, G35669,

    Plaintiff,

    v.

J. QUIRING,

    Defendant(s).

Case No. 24-cv-03073-CRB (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On May 21, 2024, the court received through the postal mail case-initiating documents under 42 U.S.C. § 1983 from plaintiff, a prisoner at Salinas Valley State Prison (SVSP), and assigned them the above-noted civil case number. The court notified plaintiff in writing on that same date that pursuant to General Order 76 the court and California Department of Corrections and Rehabilitation (CDCR) require prisoners at SVSP (and other state prisons in this district) filing § 1983 cases to submit case-initiating documents—i.e., complaints and applications to proceed <u>in forma pauperis</u> (IFP)—to the court by email, and instructed plaintiff to resubmit his complaint and application to proceed IFP using prison email filing procedures. The court warned plaintiff that, "[i]f you do not, **within 14 days of the date of this notice**, resubmit your complaint and, if applicable, application to proceed [IFP] to the Court using prison email or show good cause as to why you cannot, this case will be dismissed without prejudice." ECF No. 1 at 1.

More than 24 days have passed, and plaintiff has not submitted his complaint and application to proceed IFP using prison email or shown cause as to why he cannot. This case accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file.30

**IT IS SO ORDERED**.

Dated: June 17, 2024

CHARLES R. BREYER
United States District Judge